UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN CAPOGRECO, et al.,          )     No. C-05-4814 SC
                                 )
              Plaintiffs,        )
                                 )     ORDER ON MOTION TO
                                 )     CHANGE VENUE
      v.                         )
                                 )
                                 )
GULF STREAM COACH, INC., et al., )
                                 )
              Defendants.        )
_____)


     The Court GRANTS Plaintiffs' unopposed motion to change the venue of the above entitled case.  Accordingly, the Court, under 28 U.S.C. § 1404(a), TRANSFERS this case to the United States District Court for the Eastern District of California.


     IT IS SO ORDERED.


     Dated: February 21, 2006

                                _____
                                UNITED STATES DISTRICT JUDGE